IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3116 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHELLE UMMEL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to continue revocation hearing (filing 81) is granted;

(2) Defendant Ummel's revocation hearing is continued to Thursday, September 15, 2005, at 3:00 p.m., before the undersigned United States District Judge, in the Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 12, 2005.                    BY THE COURT:

                                                                                         s/ *Richard G. Kopf*
                                                                                         United States District Judge