UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
    **Plaintiff**

v.                                    **Case Number 4:98cr3116**

                                            **USM Number 15868-047**

**MICHELLE UMMEL**
    **Defendant**

                                            Jessica L. Milburn
                                            **Defendant's Attorney**

_____

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to violation of standard conditions 7 and 9 and mandatory condition which requires defendant to submit to testing of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1. (Standard Condition #7) | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | July 4, 2005 |
| 2. (Standard Condition #9) | The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. | June 2, 2005 |
| 3. (Mandatory Condition) | The defendant shall submit to testing requested by any person involved in monitoring the defendant's supervision, that is, testing to detect the presence of controlled substances in the defendant's bodily fluids in order to determine whether the defendant has consumed, or reverted to use of any prohibited substance. | July 7, 2005 |

Original Offense: Count I of the indictment, Conspiracy to distribute methamphetamine, violation of 21USC 846.

```
Defendant: Michelle Ummel                              Judgment-Page 2 of 4
Case Number: 4:98CR3166
```

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
September 15, 2005

s/ Richard G. Kopf
United States District Judge

September 21, 2005

Defendant: Michelle Ummel  
Case Number: 4:98CR3166

Judgment-Page 3 of 4

## IMPRISONMENT

It is ordered that supervised release is revoked.  The defendant is sentenced to imprisonment for a term of **twenty-four (24) months with no supervised release to follow.**

The Court makes the following recommendations to the Bureau of Prisons:

1. The Court recommends in the strongest possible terms that the defendant participate in the 500-hour Intensive Drug Treatment Program or any similar drug treatment program available when defendant becomes eligible.

2. That the defendant be incarcerated in a federal facility as close to **Grand Island, Nebraska,** as possible.

The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ___ day of _____, 20___.

_____  
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the ___ day of _____, 20___ to _____ with a certified copy of this judgment.

_____  
United States Warden

By _____

**Note:  The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this ___ day of _____, 20___.

_____  
UNITED STATES WARDEN

By_____

Defendant: Michelle Ummel                                          Judgment-Page 4 of 4
Case Number: 4:98CR3116

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth below.

|         | **Assessment**              | **Fine** | **Restitution** |
|---------|-----------------------------|----------|-----------------|
| Count I | $ 100.00 (Remitted on 7/9/02) |          |                 |
| **Totals:** | $ 100.00                | $        | $               |

## SCHEDULE OF PAYMENTS

Payment of the total criminal monetary penalties shall be due as follows:

(x)   in full immediately. (On motion of the government, the special assessment of $100 was remitted.)

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

All financial penalty payments are to be made to the Clerk of the U. S. District Court, P.O. Box 83468, Lincoln, NE 68501-3468.

**Special instructions regarding the payment of criminal monetary penalties:**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk